IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,   )
    )
       Plaintiff,   )
    )
vs.   )   No. 06-00152-01-CR-W-SOW
    )
REGINALD L. MCGLOTHEN,   )
    )
       Defendant.   )

ORDER

Before this Court are the Report and Recommendation (Doc. #33) of United States

Magistrate Sarah W. Hays regarding defendant's Motion to Quash Search Warrant (Doc. #23)

and defendant's Objections to Magistrate's Report and Recommendation. The Court has

reviewed both documents and finds that the Report and Recommendation of the Magistrate in

this case is both thorough and well-reasoned. This Court agrees with this recommendation and

sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Quash Search Warrant (Doc. #23) is denied.


/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: October 12, 2006