IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-00152-01-CR-W-SOW |
| | ) | |
| REGINALD L. MCGLOTHEN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Sarah W. Hays regarding defendant's Motion for Determination of Competency (Doc. #48). The Court has reviewed the Report and Recommendation as well as the Forensic Report completed by Jason V. Dana. The Report and Recommendation of Magistrate Hays is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that the Court finds that defendant Reginald McGlothen is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. McGlothen is competent to stand trial.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date: 3/23/2007